PER CURIAM.
Affirmed. See Jones v. Stoutenburgh, 91 So.2d 299 (Fla.1956); State v. Kelly, 76 So.2d 798 (Fla.1954); State v. Kelly, 71 So.2d 887 (Fla.1954); Gorchov v. State, 331 So.2d 346 (Fla. 3d DCA 1976); Strate v. Strate, 328 So.2d 29 (Fla. 3d DCA 1976); Biscayne Manufacturing Corp. v. Sandav Corp., 323 So.2d 315 (Fla. 3d DCA 1975); Holmes v. State, 311 So.2d 780 (Fla. 3d DCA 1975); Fernandez v. Arocha, 308 So.2d 45 (Fla. 3d DCA 1975); and Brizzie v. State, 120 So.2d 27 (Fla. 2d DCA 1960).